JUDGE KHAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 04 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

      - v. -

KAMELIA MCGARRITY,

            Defendant.

- - - - - - - - - - - - - - - - -x

INDICTMENT

07 Cr.

07 CRIM 499

## COUNT ONE

The Grand Jury charges:

1. From in and around December 1998, up to and including in and around April 2007, in the Southern District of New York, KAMELIA MCGARRITY, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use vouchers, money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development, and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, MCGARRITY received approximately $57,500 in federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney