RECEIVED
JUL 0 6 2007
JUDGE S. W. KRAM
CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :    ORDER
         - v. -                     :
                                    :    07 Cr. 499 (SKW)
KAMELIA MCGARRITY,                  :
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - -x

Upon the application of the United States of America, by and through Assistant United States Attorney John T. Zach, it is hereby ORDERED that the request for an exclusion of time under the Speedy Trial Act in this case is hereby GRANTED from the date of this Order until August 3, 2007.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to further pursue plea discussions and for the Government to provide discovery. Accordingly, it is further ORDERED that the time between the date of this Order and August 3, 2007 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(H) & (h)(8)(A), in the interests of justice.

Dated: New York, New York
       July 9, 2007

_____
JUDGE SHIRLEY W. KRAM
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 9, 2007

TOTAL P.02