PROB 12B(7/93)

*To: Elisha Rivera*



## United States District Court
### for the
### Southern District of New York

### Request for Modifying the Conditions or Term of Supervision

Name of Offender: Kamelia McGarrity                Docket Number 07 CR 499-01(JSR)

Name of Sentencing Judicial Officer: Honorable Jed S. Rakoff, U.S. District Court Judge

Date of Original Sentence: January 24, 2008

Original Offense: Theft of Government Funds in Violation of 18 USC 641, a Class C Felony

Original Sentence: Time Served followed by three (3) years Supervised Release

Type of Supervision: Supervised Release            Date Supervision Commenced: January 24, 2008

### PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows:

**SHALL MAKE MONTHLY RESTITUTION PAYMENTS IN THE AMOUNT OF $300.**

### CAUSE

Based on a review of her financial statement by the Financial Litigation Unit of the U.S. Attorney's Office, they have recommended that the payment schedule be modified as indicated above. As such, we are respectfully recommending a modification of conditions as indicated above.

### SUMMARY OF COMPLIANCE WITH SUPERVISION CONDITIONS

The releasee has reported as scheduled, has maintained stable residence with her children at 657 East 227 Street Bronx, NY 10466, and has maintained employment with Verizon. She has not sustained any new arrests and has commenced making restitution payments.

A separate sheet has been attached for Your Honor to indicate a response.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-08
```

Name of Offender: Kamelia McGarrity                Docket Number 07 CR 499-01(JSR)
                                                                    Pacts #51393

-2-

Respectfully submitted,

by *[signature]*

Elisha Rivera
Sr. U.S. Probation Officer
(212)805-5114

Approved By:

*[signature]*           4/14/08
Peter A. Merrigan        Date

Supervising U.S. Probation Officer

Name of Offender: Kamelia McGarrity

Docket Number 07 CR 499-01(JSR)
Pacts #51393



THE COURT ORDERS:

[✓]  The Modification of Conditions as Noted Above

[ ]  Other: _____

_____
Signature of Judicial Officer
Date  4/21/08